**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ABOUFAZL BAYATFSHAR, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   11-450 (RC) |
| | : | |
| v. | : | Re Document No.:   40 |
| | : | |
| AERONAUTICAL RADIO, INC. *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**DENYING THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in this Court's Memorandum Opinion separately and

contemporaneously issued this 20th day of August, 2013, it is hereby

**ORDERED** that the defendants' motion for summary judgment is **DENIED**; and it is

**FURTHER ORDERED** that a status conference is scheduled for August 26, 2013 at

11:30 a.m. in Courtroom 14 before Judge Rudolph Contreras.

**SO ORDERED**.


RUDOLPH CONTRERAS
United States District Judge