**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| ABOULFAZL BAYATAFSHAR           ) | |
|                                              ) | |
|    Plaintiff,                                           ) | |
|                                            ) | |
|       v.                                              ) | |
|                                            ) | |
| ARINC, INCORPORATED             ) | Case No. 1:11-CV-00450-RC/JMF |
|                                            ) | |
|    and                                            ) | |
|                                            ) | |
| PETER KAPUTSOS,                        ) | |
|                                            ) | |
|    Defendants.                                    ) | |

**MOTION TO WITHDRAW APPEARANCE**

Matthew Fyock, Esq., counsel for Plaintiff Aboufazl Bayatafshar, hereby moves to withdraw his appearance in this matter.  Mr. Fyock has resigned from his position with the Law Office of David A. Branch & Associates, PLLC effective November 22, 2013.  Plaintiff continues to be represented by David A. Branch, Esq.

                                                      Respectfully submitted,

                                                      LAW OFFICE OF DAVID A. BRANCH &
                                                      ASSOCIATES, PLLC
                                                      1828 L Street NW, Suite 820
                                                      Washington, DC 20036
                                                      (202) 785-2805 phone
                                                      (202) 785-0289 fax

                                                      /s/_____
                                                      David A. Branch, #43874
                                                      Matthew Fyock, *pro hac vice*

**Certificate of Service**

I hereby certify that on this 13th day of November, 2013, I caused a copy of the foregoing to be served electronically on counsel for Defendants listed below.

Stephen A. Horvath
Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA 22030
(703) 385-1000 phone
(703) 385-1555 fax
shorvath@tbmhjlaw.com

                                              */s/ David A. Branch*
                                              David A. Branch