**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **ABOULFAZL BAYATAFSHAR,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**AERONAUTICAL RADIO INC.** )<br>)<br>**and** )<br>)<br>**PETER KAPUTSOS,** )<br>)<br>**Defendants.** )<br>_____ ) | Case No. 1:11-CV-00450 |

## JOINT MOTION FOR EXTENSION TO FILE JOINT PRETRIAL STATEMENT OUT OF TIME

Come now counsel for the parties, and hereby file this Joint Motion for Extension of Time to File Joint Pretrial Statement Out of Time, and in support thereof state as follows.

The court issued a Pretrial Order on November 12, 2013. The Pretrial Order required the parties to submit to the court and to each other on or before February 28, 2014, a joint pretrial statement, proposed voir dire, proposed jury instructions, a proposed verdict form, trial exhibits and schedule of witnesses. Due to administrative oversight in the offices of both counsel, the date for submission of the Joint Pretrial Statement was not recorded on the calendars of both counsel. Counsel recently recognized this oversight and have conferred and are working to submit the Joint Pretrial Statement and other required filings as soon as possible. Counsel requests an extension of the deadline to April 2, 2014 to file a joint pretrial statement, proposed voir dire, proposed jury instructions, a proposed verdict form, trial exhibits and schedule of

witnesses. Counsel requests that all other deadlines in the Joint Pretrial Statement remain the same. Counsel apologize to the court for the oversight.

                                            Respectfully submitted,

                                            _____*/s/*_____
                                            David A. Branch, No. 438764
                                            Law Office of David A. Branch & Associates, PLLC
                                            1828 L Street, NW, Suite 820
                                            Washington, DC 20036
                                            202.785.2805 phone
                                            202.785.0289 fax
                                            dablaw@erols.com


                                            _____/s/_____

Stephen A. Horvath, No. 417137
Bancroft, McGavin, Horvath, & Judkins, P.C.
3920 University Drive
Fairfax, VA 22030
703.385.1000 phone
703.385.1555 fax
shorvath@bmhjlaw.com